**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

FILED

00 MAY 19 PM 3: 30

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| NORMAN J. PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 99-BU-3377-M |
| | ) |
| SHERIFF CECIL REED, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

ENTERED

MAY 1 9 2000

## MEMORANDUM OPINION

The plaintiff, Norman J. Price, originally filed a *pro se* complaint pursuant to 42 U.S.C. §

1983, in which he claimed that rights, privileges or immunities afforded him under the

Constitution and laws of the United States have been abridged.  (Doc. 1).  On February 9, 2000, a

magistrate judge entered an order requiring the defendants to file a response to the plaintiff's

allegations.  (Doc. 6).  The defendants filed their special report on April 14, 2000.  (Doc. 14).

On May 11, 2000, the plaintiff filed a notarized pleading wherein he states;

> I, inmate Norman John Price, of my own free will and accord wish to desolve
> (sic) a law suite (sic) I filed against the Sheriff, Cecil Reed and the Chief Jailor,
> Bill Lands.  I will also be responsable (sic) to pay any and all court cost (sic).  The
> Civil Action N: 99-BU-3377 M is the law suite (sic) I wish to desolve (sic)
> forever more.

(Doc. 14).

Premised on the notice submitted by the plaintiff and the absence of any objection from

the defendants, this matter is due to be dismissed with prejudice.  Costs are to be assessed the

plaintiff.  An order in accordance with this memorandum opinion will be entered .



**DONE**, this the 19th day of May, 2000.

_____

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE